1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CYNTHIA M. FREY  (CABN 150571)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone:  (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: cynthia.frey@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,        )  No. CR 12-0325 EMC
14                                  )
        Plaintiff,                  )
15                                  )  STIPULATION AND [PROPOSED]
        v.                          )  ORDER EXCLUDING TIME FROM JULY
16                                  )  11, 2012 TO AUGUST 8, 2012 FROM
   DIANTE JOHNSON,                  )  CALCULATIONS UNDER THE SPEEDY
17                                  )  TRIAL ACT
        Defendant.                  )  (18 U.S.C. § 3161)
18 _____  )

19

20

21      The defendant, Diante Johnson, represented by Rita Bosworth, Assistant Federal Public

22 Defender, and the government, represented by Aaron Wegner for Cynthia Frey, Assistant United

23 States Attorney, appeared before the Honorable Edward M. Chen on July 11, 2012 for a status

24 conference.  The parties requested a continuance to August 8, 2012 for further investigation. The

25 Court ordered that the matter be continued to August 8, 2012.

26 //

27 //

28

   STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
   CR 12-02325 EMC

1   The parties agreed that time should be excluded under the Speedy Trial Act between July
2   11 and August 8, 2012 for purposes of effective preparation of counsel, in order to provide
3   defense counsel with adequate time to review the discovery, conduct additional investigation,
4   and consult with the defendant.  In addition, the defendant agrees to exclude for this period of
5   time any time limits applicable under 18 U.S.C. § 3161.  The parties represent that granting the
6   continuance, in order to provide defense counsel with adequate time to review the discovery,
7   conduct additional investigation, and consult with the defendant, is necessary for continuity of
8   defense counsel and effective preparation, taking into account the exercise of due diligence.  18
9   U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting
10  such a continuance outweigh the best interests of the public and the defendant in a speedy trial.
11  18 U.S.C. § 3161(h)(7)(A).

13  SO STIPULATED:

14                              MELINDA HAAG
                                United States Attorney

17  DATED: August 6, 2012                    /S/
                                CYNTHIA M. FREY
18                              Assistant United States Attorney

20  DATED: August 6, 2012                    /S/
                                RITA BOSWORTH
21                              Attorney for DIANTE JOHNSON

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 12-02325 EMC                              -2-

1
2   Based upon the representation of counsel and for good cause shown, the Court also finds
3   that failing to exclude the time between July 11 and August 8, 2012 would unreasonably deny
4   the defendant continuity of counsel and would deny counsel the reasonable time necessary for
5   effective preparation, taking into account the exercise of due diligence.  18 U.S.C.
6   § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time
7   between July 11 and August 8, 2012 from computation under the Speedy Trial Act outweigh the
8   best interests of the public and the defendant in a speedy trial.
9   Therefore, IT IS HEREBY ORDERED that the time between July 11 and August 8,
10  2012 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C.
11  § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).
12
13           8/7/12
14  DATED: _____



STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 12-02325 EMC                                    -3-